UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :
YOSEMITE INSURANCE CO.,                         :
                        Petitioner,                      :
                                                  :          24-CV-4551 (DEH)
      -v-                                   :
                                                  :              <u>ORDER</u>
                                                  :
ROM REINSURANCE MANAGEMENT CO., INC.,  :
                                                  :
                       Respondent.                    :
-------------------------------------------------------------------
                                                 X

DALE E. HO, United States District Judge:

      On June 13, 2024, Petitioner filed a petition to stay arbitration. "Courts apply the summary judgment standard to motions to stay arbitration." *New York Dialysis Servs., Inc. v. New York State Nurses Ass'n*, 262 F. Supp. 3d 96, 98 (S.D.N.Y. 2017) (citing *Bensadoun v. Jobe-Riat*, 316 F.3d 171, 175 (2d Cir. 2003)). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition by **July 8, 2024**. Respondent's opposition, if any, is due on **July 29, 2024**. Petitioner's reply, if any, is due **August 5, 2024**.

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **July 8, 2024**, and shall file an affidavit of such service with the court no later than **July 9, 2024**.

      SO ORDERED.

Dated: June 17, 2024
       New York, New York

                                                  DALE E. HO
                                          United States District Judge